LOUIS R. HALL, Respondent and Appellant, *v.* EAGLE INSURANCE COMPANY OF LONDON, ENGLAND, Appellant and Respondent.

*Hall* v. *Eagle Ins. Co. of London, England*, 151 App. Div. 815, affirmed.
(Argued March 24, 1914; decided April 14, 1914.)

CROSS-APPEALS from a judgment, entered October 3, 1912, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court at Special Term and directing the entry of judgment in accordance with the opinion of the court in an action to set aside as usurious and void an alleged assignment of a first charge or interest out of plaintiff's portion as a remainderman in his father's estate, and also to set aside as usurious and void a mortgage given to secure the alleged assignment.

*Alfred G. Reeves* and *Alexander S. Rowland* for plaintiff, respondent and appellant.

*Edward Bruce Hill* for defendant, appellant and respondent.

Judgment affirmed, without costs in this court to either party; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.